IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSANNE SCROGGINS, and<br>CHESTER WILLIAMS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 7:10CV5004 |
| v. | )<br>) | |
| C. R. ENGLAND, INC., a Utah<br>corporation, and ROBERT J. DALY<br>JR., | )<br>)<br>)<br>) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

After conferring with the parties regarding the plaintiff's Motion to Extend, (filing no. 40), the motion is granted and the court's prior progression order, (filing no. 13), is amended as follows:

a.  The deadlines for disclosure of expert and, unless otherwise agreed, the deadlines for the provision of expert reports are:

   For the plaintiffs:     June 1, 2011
   For the defendants:   June 29, 2011

b.  The discovery and deposition deadline is August 29, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

c.  The deadline for filing motions to dismiss, motions for summary judgment or motion to exclude expert testimony on *Daubert* and related grounds is September 7, 2011.

d.  The trial and pretrial conference will not be scheduled at this time. Rather, the issues of trial location, and trial and pretrial conference dates will be addressed during a telephonic status conference scheduled for September 9, 2011 at 10:00 a.m. (C.D.T.). Counsel for plaintiff shall place the call.

January 29, 2011.                    BY THE COURT:
                                     *s/ Cheryl R. Zwart*
                                     United States Magistrate Judge