IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSANNE SCROGGINS, and CHESTER WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | 7:10CV5004 |
| v. | ) ) | |
| C. R. ENGLAND, INC., a Utah corporation, and ROBERT J. DALY JR., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1)      The defendant's Unopposed Motion for an Order Compelling the Production Of Neuropsychological Testing Records, (filing no. 86), is granted.

2)      On or before June 24, 2011, Dawn Levine, Ph.D. and Kaiser Permanente shall assemble and produce directly to Robert Arias, Ph.D., 6940 Van Dorn, Suite 201, Lincoln, NE 68506, any and all neuropsychological records, testing data, raw scores, test results and all other documents relating to the neuropsychological evaluation Dr. Levine conducted on Rosanne Scroggins on or about December 9, 2008.

DATED this 10th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge