IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSANNE SCROGGINS, and CHESTER WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | 7:10CV5004 |
| v. | ) ) | |
| C. R. ENGLAND, INC., a Utah corporation, and ROBERT J. DALY JR., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

1) The plaintiff's Unopposed Motion to Extend Expert Witness Disclosure Deadlines, (filing no. 109), is granted

2) The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert reports are:

      For the plaintiffs:   October 17, 2011
      For the defendants:  November 16, 2011

DATED this 2nd day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge