IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROSANNE SCROGGINS, and CHESTER )
WILLIAMS, )
 )
           Plaintiffs, )               7:10CV5004
 )
      v. )
 )
C. R. ENGLAND, INC., a Utah corporation, )     MEMORANDUM AND ORDER
and ROBERT J. DALY JR., )
 )
           Defendants. )
 )

After conferring with the parties,

IT IS ORDERED:

1)     The plaintiffs' Motion to Extend deadlines, (filing no. 124), is granted and,

        a.    The deadline for disclosure of plaintiffs' expert witnesses is extended to January 16, 2012.

        b.    The deadline for disclosure of defendants' expert witnesses is extended to February 15, 2012.

2)     On or before November 22, 2012, the plaintiffs shall disclose the identity of their retained neuropsychology expert.  The plaintiffs shall also promptly take reasonable steps to have any neuropsychology testing data for testing performed on Rosanne Scroggins forwarded to the defendant's retained neuropsychology expert.  Plaintiff's counsel shall promptly advise the defendants if a subpoena and/or court order will be needed for release of the testing data to defendants' expert.

DATED this 15th day of November, 2011.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge