IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSANNE SCROGGINS, and<br>CHESTER WILLIAMS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 7:10CV5004 |
| v. | )<br>) | |
| C. R. ENGLAND, INC., a Utah<br>corporation, and ROBERT J. DALY JR., | )<br>)<br>) | MEMORANDUM AND ORDER |
| Defendants. | )<br>) | |

After conferring with the parties:

IT IS ORDERED:

1) The defendants' motion for protective order, (filing no. 137), is granted in part and denied in part as follows:

   a. On or before March 8, 2012, plaintiffs' counsel shall provide defense counsel with a concise list of the information being sought in the pending written discovery served on the defendants. Counsel shall confer to resolve any issues related to the discovery of the matters listed by the plaintiffs and if issues remain, they shall contact the court to schedule a conference call to present their respective arguments and obtain a ruling.

   b. Due to the magnitude of written discovery to which the defendants have already filed a response, the plaintiffs must have a good cause basis for serving any future written discovery. That is, the plaintiffs are not prohibited from serving additional written discovery, but if they do so, upon motion by the defendant, the discovery requests will be stricken absent a showing by the plaintiffs that the information requested is necessary for their case preparation or trial.

2) Defendants' motion for a continuance of the expert deadline, (filing no. 144), is denied.

February 22, 2012.                    BY THE COURT:

                                      s/ Cheryl R. Zwart
                                      United States Magistrate Judge