IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROSANNE SCROGGINS, and )
CHESTER WILLIAMS, )
                                        )          7:10CV5004
         Plaintiffs, )
                                        )
         v. )
                                        )    MEMORANDUM AND ORDER
C. R. ENGLAND, INC., a Utah )
corporation, and ROBERT J. DALY JR., )
                                        )
         Defendants. )

    IT IS ORDERED that:

a.     A jury trial is set to commence on **October 22, 2012 in North Platte,** Federal Bldg, U.S. Post office & Courthouse, 300 E. 3rd St., North Platte, NE. No more than six days are allocated to the trial of this case.

b.     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 9, 2012 at 10:00 a.m.,** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 8, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c.     Motions in limine shall be filed five business days prior to trial.

d.     To avoid any further delays in potentially resolving this case by settlement, the court will supervise the exchange of offers and counteroffers for the settlement of this case as follows:

    1)     Any new settlement offer by the defendant shall be made on or before June 25, 2012. All counteroffers made thereafter by either party shall be made within two weeks of the last settlement offer/demand.

    2)     On the first court business day of each month, beginning on July 2, 2012, the plaintiff shall email my chambers at zwart@ned.uscourts.gov,

        with the email copied to defense counsel, with information explaining the current status of the parties' settlement discussions.

e.    The clerk shall set a case management deadline of July 3, 2012 using the following text: Verify receipt of emailed settlement status report.

June 14, 2012.        BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge